WOODFORK, APPELLANT, *v.* RUSSELL, SUPT., APPELLEE.

[Cite as Woodfork *v.* Russell (1988), 39 Ohio St. 3d 138.]

(No. 88-952—Submitted July 5, 1988—Decided October 12, 1988.)

*Luther A. Woodfork, pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Alexander G. Thomas,* for appellee.

*Per Curiam.* The court of appeals held that the counts of the indictment at issue were phrased in terms of the statute in compliance with Crim. R. 7 and denied the writ. Even if the indictment had been flawed, appeal or postconviction relief, not habeas corpus, is the proper remedy. *Walker* v. *Maxwell* (1965), 1 Ohio St. 2d 136, 30 O.O. 2d 487, 205 N.E. 2d 394; *Freeman* v. *Maxwell* (1965), 4 Ohio St. 2d 4, 33 O.O. 2d 2, 210 N.E. 2d 885. Habeas corpus is not a proper remedy when a person is confined by judgment or order of a court that had jurisdiction in the matter. *Stahl* v. *Shoemaker* (1977), 50 Ohio St. 2d 351, 4 O.O. 3d 485, 364 N.E. 2d 286. Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.